**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHRISTOPHER ALLEN WALRAVEN
ADC #141110

KEITH ERIC COLLIER
ADC #659984                                                                                                    PLAINTIFFS


V.                                    3:14CV00182 KGB/HDY

DONNIE RICHMOND *et al.*
DEFENDANTS


**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.    Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiffs Christopher Allen Walraven and Keith Eric Collier filed a *pro se* complaint on July 25, 2014. The $400.00 filing and administrative fees were not paid, and neither Plaintiff filed an application for leave to proceed *in forma pauperis*. Additionally, the complaint was signed by only Walraven, and failed to identify any injury either Plaintiff had. Accordingly, on August 6, 2014, the Court entered an order directing Plaintiffs to pay the full filing and administrative fees, or to each file an application for leave to proceed *in forma pauperis* (docket entry #2). That same order also directed Plaintiffs to each file an amended complaint setting forth the constitutional violations alleged, and the injuries they sustained as a result. Plaintiffs were warned that their failure to comply would result in the recommended dismissal of their complaint.

Neither Plaintiff has complied with the Court's order to file an amended complaint. The

filing and administrative fees have not been paid, and Collier has not filed an application for leave to proceed *in forma pauperis*. Although Walraven has filed an application for leave to proceed *in forma pauperis*, it reflects his financial status when he was at the Northeast Arkansas Community Correction Center, and recently returned mail indicates that Walraven has now been released (docket entry #4). Accordingly, Plaintiffs' complaint should be dismissed due to their failure to comply with the Court's order to file amended complaints. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's order.

2. All pending motions be DENIED.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   9   day of September, 2014.

UNITED STATES MAGISTRATE JUDGE