IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER ALLEN WALRAVEN
ADC #141110

KEITH ERIC COLLIER
ADC #659984                                                                                    PLAINTIFFS

v.                                  Case No. 3:14-cv-00182-KGB

DONNIE RICHMOND, *et al.*                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court dismisses without prejudice plaintiffs' complaint for failure to comply with the Court's Order.

2. All pending motions are denied as moot.

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 20th day of May, 2015.

*Kristine G. Baker*

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE