IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTOPHER ALLEN WALRAVEN**
**ADC #141110**

**KEITH ERIC COLLIER**
**ADC #659984**                                                                                              **PLAINTIFFS**

v.                           Case No. 3:14-cv-00182-KGB

**DONNIE RICHMOND,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

SO ADJUDGED this the 20th day of May, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE